UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-12S** **July 15, 2005**

**TITLE: USA V. ELFRIN TOBAL ALMONTE**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: JOSE KLEINBERG**

**IN COURT: 2:09 p.m. - 3:19 p.m.**

---

**COUNSEL PRESENT: Government: Stephen Dambruch, AUSA**
**Defendant: Mary June Ciresi, Esquire**
**Probation: Kathy Collins**

**<u>RE: Sentencing</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; Court accepts the PSR; Government will file a Motion for a Third Level Decrease; Court grants Government's Motion for a Third Level Decrease; Defense Counsel asked the Court to impose a twelve (12) month sentence; Government recommends the low-end of the guideline range; Defendant addresses his statements to the Court; Court imposes 41 months of incarceration as to Counts I; Court recommends to BOP that defendant be placed in a facility as close to his family as possible; S/R 2 years; Upon completion of S/R the defendant shall surrender to the Immigration Officials for deportation. If deported, the defendant shall remain outside the United States; S/A $100.00; no fine; Court advises the defendant of his rights to file an appeal; Defendant to remain in custody.**

FILED