**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No.05-012S** |
| | : | |
| **ELFRIN TOBAL-ALMONTE** | : | |

**ORDER**

The government's Motion to Grant the Defendant a Three Level Decrease in Offense Level for Acceptance of Responsibility came before the Court for its consideration. The defendant did not object to the motion. After due consideration thereon, the Court found:

1. that the defendant accepted responsibility for his criminal conduct;

2. that the defendant's total offense level under the United States Sentencing Guidelines was greater than 16; and,

3. that the defendant made timely notification to the government of his intention to enter a guilty plea, thereby allowing the government to avoid preparing for trial.

Accordingly, it is hereby:

**ORDERED**

1. that the government's Motion to Grant the Defendant a Three Level Decrease in Offense Level is hereby granted; and,

2. that the Court hereby awards the defendant the third point for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1.

BY ORDER:

DEPUTY CLERK

ENTER:

WILLIAM E. SMITH
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

DATE: 7/20/05

CERTIFICATION

I hereby certify that on the 19th day of July, 2005, I sent by facsimile transmission a true copy of the within Order to Mary June Ciresi, Attorney at Law, 401-453-5903.