IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

---

UNITED STATES OF AMERICA

VS. Criminal Docket No. 05-12S

ELFRIN TOBAL ALMONE

---

NOTICE OF APPEAL

---

Now comes the Defendant, Elfrin Tobal Almonte, and hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on July 15, 2005.

Elfrin Tobal Almonte,
By his attorney,

Mary June Ciresi
91 Friendship Street
4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 facsimile
RI Bar NO. 3739

Dated: July 22, 2005

CERTIFICATION

I hereby certify that a true copy of the within Notice of Appeal was mailed, regular mail, postage prepaid to AUSA Stephen Dambruch, United States Attorney, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 22nd day of July 2005.

Mary June Ciresi