IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Criminal Docket No. 2005-12S

ELFRIN TOBAL ALMONTE

# MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Defendant, through counsel, and requests the Honorable Court to allow him to proceed in forma pauperis and in support thereof states:

1. Defendant was determined to be indigent;
2. Counsel was appointed to represent the defendant in the above matter;
3. The defendant is without financial means to obtain counsel for an appeal and is without means to finance the cost of a transcript.

Wherefore, Defendant prays that the Honorable Court allow him to proceed in forma pauperis.

Elfrin Tobal Almonte,
By his attorney,

Mary June Ciresi
91 Friendship Street
4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 facsimile
RI Bar NO. 3739

CERTIFICATION

I hereby certify that a true copy of the within Motion to Proceed in Forma Pauperis was mailed, regular mail, postage prepaid to AUSA Stephen Dambruch, United States Attorney, District of Rhode Island, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this 22nd day of July 2005.

Mary June Ciresi