IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

---

UNITED STATES OF AMERICA

VS. Criminal Docket No. 2005-12S

ELFRIN TOBAL ALMONTE

FILED JUL 26 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

---

## MOTION TO PROCEED IN FORMA PAUPERIS

---

Now comes the Defendant, through counsel, and requests the Honorable Court to allow him to proceed in forma pauperis and in support thereof states:

1. Defendant was determined to be indigent;
2. Counsel was appointed to represent the defendant in the above matter;
3. The defendant is without financial means to obtain counsel for an appeal and is without means to finance the cost of a transcript.

Wherefore, Defendant prays that the Honorable Court allow him to proceed in forma pauperis.

7/26/05: GRANTED. USDJ

Elfrin Tobal Almonte,
By his attorney,

Mary June Ciresi
91 Friendship Street
4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 facsimile
RI Bar NO. 3739

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 7/25/05