05-00012
USDC/RI
Smith

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-2141

UNITED STATES OF AMERICA,

Appellee,

v.

ELFRIN TOBAL-ALMONTE,

Defendant, Appellant.

---

Before

Selya, Lynch, and Howard, Circuit Judges.

---

JUDGMENT

Entered: May 26, 2006

After a thorough review of the record and of the parties' submissions, we affirm. Appellant Elfrin Tobal-Almonte ("Tobal") admitted in his written plea agreement that his previous conviction in New York state court was for attempted second degree gang assault. It is clear from a reading of N.Y. Penal Code §§ 120.06 & 110.00 (1999) that such a conviction necessarily "has as an element the use, attempted use, or threatened use of physical force against the person of another." See U.S.S.G. § 2L1.2, app. note 1(B)(iii). Nothing in Shepard v. United States, 544 U.S. 13 (2005), required the court to go beyond a reading of those statutory elements to conclude that Tobal's prior conviction was for a "crime of violence," thereby permitting a 16-level increase to Tobal's offense level pursuant to U.S.S.G. § 2L1.2(b)(1)(A).

To the extent Tobal challenges the continuing viability of Almendarez-Torres v. United States, 522 U.S. 224 (1998), the challenge fails. See United States v. Ivery, 427 F.3d 69, 74-75 (1st Cir. 2005), cert. denied, 126 S. Ct. 1448 (2006). Finally, to the extent Tobal asserts that the imposition of the 16-level

enhancement was unreasonable, see United States v. Booker, 543 U.S. 220 (2005), the argument is undeveloped and meritless.

Affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

**Richard Cushing Donovan, Clerk**

[signature]

**Deputy Clerk**

**Date:** 6/22/06

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Mary Jane Ciresi, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA]